**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA MARIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:20-cv-0429 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, CECILIA MARIN, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On April 8, 2021, Plaintiff and the Commissioner stipulated to a voluntary remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 25.)  Pursuant to the terms of the stipulation, "[t]he Appeals Council will remand the case to an administrative law judge for a new decision."  (*Id.* at 1.)  The parties agreed the ALJ shall "reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record."  (*Id.*)  Further, the parties stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id.* at 2.)  Based upon the stipulation, the Court **ORDERS**:

    1.    Plaintiff's appeal of the administrative decision (Doc. 21) is terminated as **MOOT**;

    2.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

1

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Cecilia Marin, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**April 8, 2021**__   _____ **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE