# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MARIN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-0429 JLT<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND SETTING BRIEFING SCHEDULE |

Cecilia Marin seeks an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 28) Because the matter is not set for hearing, there Court hereby sets a briefing schedule related to the pending motion. Accordingly, the Court **ORDERS**:

1. The Commissioner **SHALL** file a response to Plaintiff's motion for attorney fees no later than **August 6, 2021**; and
2. Any reply by Plaintiff **SHALL** be filed within seven days of the date of service of any opposition by the Commissioner.

IT IS SO ORDERED.

Dated: **July 8, 2021**       _/s/ Jennifer L. Thurston_
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE