# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MARIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-0429 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 30) |

On August 5, 2021, Cecilia Marin and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award of attorney's fees and expenses in the amount of $8,500.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 30) Accordingly, the Court **ORDERS:**

　　1.　Subject to the terms of the stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $8,500.00 under 28 U.S.C. § 2412(d); and

　　2.　Plaintiff's motion for attorney fees (Doc. 28) is terminated as **MOOT**.

IT IS SO ORDERED.

　　Dated:　**August 5, 2021**　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).